NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000671
29-JAN-2025
07:56 AM
Dkt. 14 OGMD**

NO. CAAP-24-0000671

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

IN THE MATTER OF THE CO-GUARDIANSHIP OF T.H., A MINOR

APPEAL FROM THE FAMILY COURT OF THE SECOND CIRCUIT
(CASE NO. 2FGD-22-0000118)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By:  Leonard, Acting Chief Judge, Hiraoka and Wadsworth, JJ.)

Upon consideration of Third Party-Appellant and Movant-Appellant's January 23, 2025 Motion for Dismissal of the Instant Appeal, the papers in support, and the record, IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed, under Hawaiʻi Rules of Appellate Procedure Rule 42(a).

DATED:  Honolulu, Hawaiʻi, January 29, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge